# EXHIBIT 4

# EXHIBIT 4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 13-123-KSF

FEDERAL TRADE COMMISSION, *et al.*                 PLAINTIFFS

v.                          **ORDER**

FORTUNE HI-TECH MARKETING, INC,
a Kentucky corporation, *et al.*                   DEFENDANTS

\* \* \* \* \* \* \* \* \*

Currently before the Court is the motion of the Receiver, Robb Evans and Robb Evans & Associates, LLC ("Receiver"), for an order approving and authorizing the Receiver to commence litigation in the Receiver's discretion against highly compensated representatives of the Receivership Defendants to recover commission and bonus payments made by the Receivership Defendants [DE #185]. This motion has been served on all parties to this action as well as on all known non-consumer, non-employee creditors of the receivership estate with the Receiver offering to provide a complete copy of the motion to any interested party upon written request. Additionally, the motion and supporting pleadings have been posted on the Receiver's website for this case. The plaintiff, the Federal Trade Commission, has filed a response to this motion, supporting the Receiver's request to pursue this litigation strategy to increase the funds available for consumer redress. No other response or objection to this motion has been filed with the Court, and the time for so filing has expired. The Court finds the Receiver's motion to be well taken and consistent with the stipulated preliminary injunction entered in this matter [DE #134].

Accordingly, the Court, being fully and sufficiently advised, hereby **ORDERS** as follows:

(1) the Receiver's motion [DE #185] is **GRANTED**;

(2) without limiting the generality of the foregoing, the Court hereby authorizes the Receiver to commence litigation, in the Receiver's discretion, against highly compensated representatives of the Receivership Defendants to recover commission and bonus payments made by the Receivership Defendants; and

(3) notice of the motion is sufficient based on the service of the motion and all supporting papers on the parties to this action, service of a notice of filing of the motion on all known non-consumer, non-employee creditors of the receivership estate with the Receiver offering to provide a complete copy of the motion to any interested party upon written request, and the Receiver's posting of the motion and supporting pleadings on the Receiver's website for this case.

This January 30, 2014.

**Signed By:**

**Karl S. Forester** *KSF*

**United States Senior Judge**

2

**Waters, Tracey**

From: cm_ecf@kyed.uscourts.gov
Sent: Thursday, January 30, 2014 1:21 PM
To: cm_d_ecf@kyed.uscourts.gov
Subject: Activity in Case 5:13-cv-00123-KSF-REW Federal Trade Commission et al v. Fortune Hi-Tech Marketing, Inc. et al Order on Motion for Miscellaneous Relief

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Eastern District of Kentucky

**Notice of Electronic Filing**

The following transaction was entered on 1/30/2014 at 4:20 PM EST and filed on 1/30/2014
**Case Name:** Federal Trade Commission et al v. Fortune Hi-Tech Marketing, Inc. et al
**Case Number:** 5:13-cv-00123-KSF-REW
**Filer:**
**Document Number:** 192

Docket Text:
ORDER: 1) The Receiver's [185] Motion for Authorization to Commence Litigation Against Highly Compensated Representatives is GRANTED. 2) The Court authorizes Receiver to commence litigation to recover commission and bonus pmts made by Rec Dfts; and 3) Notice of the motion is sufficient based on the service of the motion and all supporting papers on parties to this action, service of a notice of filing on all known non-consumer, non-employee creditors of the Rec estate with the Rec offering to provide a copy of the motion to any interested party upon written req and Rec's posting of the motion and supporting pleadings on Rec's website for this case. Signed by Judge Karl S. Forester on 01/30/2014. (KLB) cc: COR

5:13-cv-00123-KSF-REW Notice has been electronically mailed to:

Maryellen Buxton Mynear    maryellen.mynear@ag.ky.gov, debbie.gilbert@ag.ky.gov

Stephen Garrett Amato    samato@mmlk.com, rvedder@mmlk.com

Todd E. Leatherman    todd.leatherman@ag.ky.gov

Mary Louise Fullington    lexbankruptcy@wyattfirm.com

1

R. Kenyon Meyer     kenyon.meyer@dinslaw.com, constance.arnold@dinslaw.com

Jaron P. Blandford     jblandford@mmlk.com, dpritchard@mmlk.com

Daniel Luke Morgan     lmorgan@mmlk.com, rmitchell@mmlk.com

Stephen J. Mattingly     stephen.mattingly@dinslaw.com, christina.stewart@dinslaw.com

Dinah L. Koehler     dinah.koehler@ag.ky.gov

David A. O'Toole     dotoole@ftc.gov, BCPBriefBank@ftc.gov, ecfchicago@ftc.gov

Rozina Cynthia Bhimani     rbhimani@ftc.gov

John Campbell Hallerud     jhallerud@ftc.gov

Jose A. Lopez     jlopez@perkinscoie.com, gfierro@perkinscoie.com

Creecy Johnson     ccjohnson@ncdoj.gov

Adam J. Sokol     asokol@atg.state.il.us

Gary Owen Caris     gcaris@mckennalong.com, twaters@mckennalong.com

Lesley Anne Hawes     lhawes@mckennalong.com, twaters@mckennalong.com

Elizabeth Coulter Scott     escott@ftc.gov, midwestregion@ftc.gov

**5:13-cv-00123-KSF-REW Notice will not be electronically mailed to:**

Caryn Lara Trombino
Perkins Coie LLP - Chicago
131 S. Dearborn
Suite 1700
Chicago, IL 60603

Deborah L. Thorne
Barnes & Thornburg - IL
One N. Wacker Drive
Suite 4400
Chicago, IL 60606

Regina L. LaMonica
Perkins Coie LLP - Chicago
131 S. Dearborn
Suite 1700
Chicago, IL 60603

The following document(s) are associated with this transaction:

**Document description:** Main Document

2

135

**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1033394914 [Date=1/30/2014] [FileNumber=2921870-0
] [8ef964ddda65e361a868dc8910c6664bd51aae667f46ecfd37c4d8e7c5eecf2761a
4890471115a2e4ef17312ae99af28861eabc409eccd256205018fe3ba86d3]]

3